**SEALED**

BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

DEC 19 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:14-SW-0706 AC

| IN THE MATTER OF THE SEARCH OF 3131 Sankey Road, unit #24, Pleasant Grove, California | CASE NO. <br><br> [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS <br><br> **UNDER SEAL** |
|---|---|

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 12/19/14

_____
Hon. Allison Claire
U.S. MAGISTRATE JUDGE

SEALING ORDER                                1